IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00259 |
| Plaintiff, | |
| -vs- | JUDGE DAVID A. RUIZ |
| | **ORDER** |
| NICHOLE E. JOHNSON, | |
| Defendant. | |

This matter was before the Court on November 20, 2024, for a final hearing on revocation of probation and sentencing in connection with the Government's request for revocation of Defendant Nichole E. Johnson's probation. The Defendant was present and represented by counsel.

Previously, the Court referred a Violation Report, Superseding Violation Report and Supplemental Information Report to Magistrate Judge Henderson who held a preliminary and detention hearing on October 15, 2024, and a Probation Violation hearing on October 22, 2024. Defendant signed waivers of probable cause and detention hearings. At the hearing held on October 22, 2024 before Magistrate Judge Henderson, Defendant admitted to multiple violations: Violation Number 1: Illicit Drug Use, Violation Number 2: Failure to Comply with Standard Conditions, Violation Number 3: Failure to Comply with Substance Abuse Treatment, Violation Number 4: Illicit Drug Use, and Violation Number 5: Illicit Drug Use. The Magistrate Judge issued a Report and Recommendation dated October 22, 2024. No party filed an objection to the Report and Recommendation. Upon review, the Court adopted the Report and Recommendation in its entirety.

For the reasons set forth on the record, the Court found Defendant committed Violations 1 through 5, revoked probation, and sentenced Defendant to the custody of the Bureau of Prisons for three months, followed by a one year term of supervised release with mandatory, standard and special conditions as previously ordered. Credit for time served in Federal custody.

The Court ordered Defendant remanded to the custody of the U.S. Marshal Service.

IT IS SO ORDERED.

Date: November 27, 2024

/s/ *David A. Ruiz*
David A. Ruiz
United States District Judge